UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUSTIN ANDREW THOMPSON,

        Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No. 2:14-CV-0028-JTR

ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is Magistrate Judge Rodgers' October 2, 2014, Report and Recommendation to grant Defendant's motion for summary judgment, ECF No. 14, and deny Plaintiff's motion for summary judgment, ECF No. 13. ECF No. 15.  Attorney Lora Lee Stover represents Plaintiff; Special Assistant United States Attorney Jeffrey E. Staples represents the Commissioner of Social Security (Defendant).  No timely objections to the Report and Recommendation have been received by the Court.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the October 2, 2014 Report and Recommendation to be supported by the record and by the magistrate judge's analysis.  Accordingly, the Court adopts the Report and Recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation (**ECF No. 15**).

2. Defendant's Motion for Summary Judgment (**ECF No. 14**) is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is **DENIED**.

4. The Commissioner's decision to deny Plaintiff disability benefits is **AFFIRMED**.

5. Judgment shall be entered in favor of **DEFENDANT**.

6. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to counsel for Plaintiff and Defendant.

**DATED** October 21, 2014.



_____
THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2